SEYMOUR MALMAN et al., Respondents, v. THEODORE H. LAZAR et al., Appellants.— In an action to recover damages for alleged misrepresentation and breach of a covenant in a deed, defendants appeal from so much of an order as denies their motion to vacate in its entirety a notice of taking their testimony by deposition and a subpœna duces tecum, requiring them to produce books, records, documents, and other papers specified. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The examination is to proceed on twenty days' notice. No opinion. Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ., concur.

■

JOHN F. McMAHON, JR., Respondent, v. BERNARD T. SILVERMAN et al., Constituting the Civil Service Commission of the City of Yonkers, Appellants.— Appeal by defendants from a judgment declaring that they were without power to extend the duration of an eligible list, for appointment to the position of sergeant in the bureau of police, department of public safety of the City of Yonkers, from two to three years before the expiration of the two-year period fixed by them in the notice they gave of the examination for the position. Judgment unanimously affirmed, without costs. The power of the appellants, under their rules which have the effect of law, to fix the duration of an eligible list for this position can be exercised only before the establishment of the list. Present —Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

■

MINNESOTA MINING & MANUFACTURING COMPANY, Respondent, v. TECHNICAL TAPE CORP. et al., Appellants.— In an action to enjoin the unlawful use of trade secrets, for damages and other relief, order denying appellants' motion under rules 106, 102 and 103 of the Rules of Civil Practice, affirmed, insofar as appeal is taken, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

REO STORES, INC., et al., Appellants, v. KENT STORES, INC., et al., Respondents, et al., Defendants.— In an action for specific performance of alleged agreements to sell chattels located in certain stores, to assign certain accounts receivable, to assign leases and to grant leases, as to the said stores, and for other incidental relief, the appeal is from a judgment in favor of respondents rendered after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 284 App. Div. 851.]